**No. 10-10640. Leroy M., Petitioner v. City of New York, New York.**

565 U.S. 842, 132 S. Ct. 155, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 6344.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 243, 919 N.Y.S.2d 484, 944 N.E.2d 1123.

**No. 10-10641. Scott R. Zabriskie, Petitioner v. Hess, Inc., et al.**

565 U.S. 842, 132 S. Ct. 155, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 6312,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10644. William McLaurine, II, Petitioner v. United States District Court for the Southern District of Alabama.**

565 U.S. 842, 132 S. Ct. 155, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 6250.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10646. George M. Richardson, Petitioner v. Palm Club Association, et al.**

565 U.S. 842, 132 S. Ct. 155, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 6337.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10647. Peter Reed, Petitioner v. California.**

565 U.S. 842, 132 S. Ct. 156, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 6333.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-10648. Dennis Michael Salerno, Petitioner v. Michigan.**

565 U.S. 842, 132 S. Ct. 156, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 5917,

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-10649. Richard Quinata, Petitioner v. Territory of Guam.**

565 U.S. 842, 132 S. Ct. 156, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 5899.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Guam denied.

Same case below, 2010 Guam 17.

**No. 10-10655. Anthony Jackson, Petitioner v. United States.**

565 U.S. 843, 132 S. Ct. 156, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 6300.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.